United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ERIC CLAPP | |
| versus | CIVIL ACTION NO.: 4:24-cv-03550 |
| HALLIBURTON ENERGY SERVICES, INC. | |

## ORDER FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Consider the foregoing Consent Motion for Final Judgment of Dismissal with Prejudice.

IT IS ORDER, ADJUDGED, AND DECREED that the claims of Plaintiff, Eric Clapp, asserted against Halliburton Energy Services, Inc. be and hereby are dismissed with prejudice with each party to bear his or its own costs.

SIGNED, this **23rd** day of _____July_____, 2025.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE